IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN THOMAS, and<br>AUSTIN E. LIGHTFEATHER,<br><br>              Plaintiffs,<br><br>vs.<br><br>GABRIAL MATTINGLY, et al.<br><br>              Defendants. | 8:21CV272<br><br><br>**MEMORANDUM<br>AND ORDER** |

      On July 27, 2021, the court ordered each Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis ("IFP") within 30 days, or face dismissal of this action.

      On August 9, 2021, Plaintiff Dylan Thomas filed an IFP application (Filing 7) and he was granted leave to proceed IFP (Filing 8).

      To date, Plaintiff Austin E. Lightfeather has not paid the $402.00 filing and administrative fees or filed a request for leave to proceed IFP. He instead filed a notice on August 9, 2021, stating that he has "withdrawn" and "dropped out of this case." (Filing 9.)

      IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Austin E. Lightfeather are dismissed without prejudice, and he shall no longer be a party to this action, because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

      Dated this 23rd day of September 2021.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*
                                                           Richard G. Kopf
                                                           Senior United States District Judge